U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:22-CV-44-GNS

DARRYL FLIPPEN, as Administrator of the
Estate of TROY FLIPPEN                                                                    PLAINTIFF

v.

RUSSELLVILLE KY OPCO, LLC d/b/a
CREEKWOOD PLACE NURSING AND
REHABILITATION                                                                            DEFENDANT

## NOTICE OF REMOVAL

Defendant, Russellville KY Opco, LLC d/b/a Creekwood Place Nursing and Rehabilitation (hereinafter "Creekwood"), for its Notice of Removal to this action to the United States District Court for the Western District of Kentucky, Bowling Green Division, hereby states:

1. On or about February 1, 2022, Plaintiff filed his Complaint in this action against Creekwood in Logan County Circuit Court. A copy of the Complaint was received by Creekwood on or about February 7, 2022. *See* Summons' and Complaints attached hereto with State Court Records as Exhibit 1.

2. Plaintiff's action against Defendant arises from Darryl Flippen's residency at Creekwood in Russellville, Kentucky from May 21, 2018 to October 20, 2020. Plaintiff alleges negligence on the part of Creekwood that caused injury and death to Darryl Flippen. In his Complaint, Plaintiff seeks unspecified damages against Defendant. *See* Complaint attached hereto with State Court Record as Exhibit 1.

3. Creekwood timely filed its answer to Plaintiff's Complaint on February 24, 2022. *See* Answer attached hereto with State Court Record as Exhibit 1.

4. On February 24, 2022, Creekwood served discovery requests including a Request for Admission to Plaintiff which sought admission that the amount of damages sought by Plaintiff will exceed $75,000.00. *See* Notice of Service attached hereto with State Court Record as Exhibit 1.

5. On March 21, 2022, Plaintiff answered a Request for Admission admitting that he is seeking damages in excess of $75,000.00, exclusive of interest and costs. *See* Pl.'s Answer to Def.'s Req. for Admis. (attached hereto as Exhibit 2).

6. Upon information and belief, Plaintiff was at all times relevant a citizen of the Commonwealth of Kentucky. *See* Complaints attached hereto with State Court Record as Exhibit 1.

7. At all times relevant, Simcha Hyman was the sole member of Defendant Russellville KY OPCP, LLC. Mr. Hyman is a resident of New Jersey and his address is 440 Sylvan Avenue, Suite 240, Englewood Cliffs, New Jersey 07632. *See* Annual Report Online Filing, Commonwealth of Kentucky, Secretary of State attached hereto as Exhibit 3. An LLC's citizenship is determined by "the citizenship of each of its members." *Varsity Brands, Inc. v. Star Athletica, LLC*, 799 F.3d 468, 494 (6th Cir. 2015)(quoting *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). As such, Defendant Creekwood is a citizen of New Jersey.

8. Given the circumstances outlined above, this action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 by reason of the diversity of the citizenship of the parties and the amount in controversy. Thus, the action is properly removed to this Court pursuant to 28 U.S.C. § 1441 and § 1446.

9. This Notice is accompanied by copies of all process, pleadings and orders served on Creekwood in this action and all documents filed by it in this action pursuant to 28 U.S.C. §1446(a). *See* Exhibit 1.

10. This Notice is being filed within thirty (30) days from receiving Plaintiff's Answer to Defendant's Request for Admission. (*see* Exhibit 2), from which it first became ascertainable that this action was removable, and the time for filing this Notice under the statutes of the United States is unexpired pursuant to 28 U.S.C. § 1446(b).

11. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

12. Venue is proper in this Court pursuant to 28 U.S.C. §1441(a) because the United States District Court for the Western District of Kentucky, Bowling Green Division, is the federal judicial district and division embracing the Logan Circuit Court (Logan County, Kentucky) where this action was originally filed.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Logan Circuit Court.

14. Because 28 U.S.C. § 1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

**WHEREFORE,** Defendant Creekwood, request that this Court assume full jurisdiction over this action as provided by law.

Respectfully submitted,

*/s/ Andrew "Pete" Pullen*
Andrew "Pete" Pullen
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, KY  40202
Telephone: (502) 585-4700
pullenp@obtlaw.com
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this **April 19, 2022**, I electronically filed the foregoing with the court through the PACER e-filing system, and that true and correct copies were delivered by email to the following:

Robert A. Young
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY  42102-0770
BYoung@elpolaw.com
**Co-Counsel for Plaintiff**


Bart Darrell
FOREMAN-WATSON-HOLTREY, LLP
604 Three Springs Road
Bowling Green, KY  42104
BDarrell@fwhlegal.com
**Co-Counsel for Plaintiff**

*/s/ Andrew "Pete"Pullen*
Andrew "Pete" Pullen
**Counsel for Defendant**

4